THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIROSHKY BAKING COMPANY LLC, a
Washington corporation,

                    Plaintiff,
          v.

SKY HUVARD, an individual, and
CYBOTECH LLC, an unincorporated
Washington entity,

                    Defendants.

CASE NO. C20-0733-JCC

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

        This matter comes before the Court on the parties' stipulated motion to extend the

deadline for Defendants to answer or otherwise respond to Plaintiff's complaint (Dkt. No. 5).

Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS

the motion. Defendants must answer or otherwise respond to Plaintiff's complaint on or before

June 15, 2020.

        //

        //

        //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED this 8th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0733-JCC
PAGE - 2