THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIROSHKY BAKING COMPANY LLC, a Washington corporation, | CASE NO. C20-0733-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SKY HUVARD, an individual, and CYBOTECH LLC, an unincorporated Washington entity, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to file their stipulation and notice of dismissal pursuant to their settlement agreement (Dkt. No. 28). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. The parties must file the contemplated stipulation and notice of dismissal no later than August 31, 2020.

//

//

//

MINUTE ORDER
C20-0733-JCC
PAGE - 1

1      DATED this 18th day of August 2020.

2

3

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C20-0733-JCC
PAGE - 2