THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIROSHKY BAKING COMPANY LLC, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SKY HUVARD, an individual, and CYBOTECH LLC, an unincorporated Washington entity,<br><br>　　　　　　　　Defendants. | CASE NO. C20-0733-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court *sua sponte*. On July 9, 2020, the Court denied Plaintiff's motion to seal because the parties had failed to meet and confer in accordance with Western District of Washington Local Civil Rule 5(g). (*See generally* Dkt. No. 23.) The Court nonetheless directed the Clerk to maintain the docket entries at issue under seal "pending the filing of a renewed motion to seal and the Court's ruling on such a motion." (*Id.* at 2.)

　　　　Plaintiff subsequently notified the Court of its intent to not refile its motion to seal. (*See* Dkt. No. 25 at 1.) In its order granting Plaintiff's motion to enforce settlement agreement, the Court gave Defendants 14 days to file a motion to seal and warned Defendants that failure to do

so would "result in the unsealing of the relevant docket entries in accordance with the strong presumption of access to the Court's files." (Dkt. No. 27 at 7–8) (citing W.D. Wash. Local Civ. R. 5(g)). That time has elapsed, and Defendants have not filed the required motion to seal or otherwise responded to the Court's order. Therefore, the Clerk is DIRECTED to unseal Docket Numbers 11, 15, 16, 17, 18, and 21.

DATED this 19th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0733-JCC
PAGE - 2