THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIROSHKY BAKING COMPANY LLC, a
Washington corporation,

     Plaintiff,

  v.

SKY HUVARD, an individual and
CYBOTECH, LLC, an unincorporated Virginia
or Washington State business entity,

     Defendants.

CASE NO. C20-0733-JCC

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

  //

  //

  //

  //

1    DATED this 1st day of September 2020.

2

3                                              William M. McCool
                                               Clerk of Court
4
                                               s/Tomas Hernandez
5                                              Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26